| Appeal | 2023AP1535-CR | Cir. Ct. Nos. 2019CF922 |
|---|---|---|
| Nos. | 2023AP1536-CR | 2019CF1329 |
| | 2023AP1537-CR | 2019CF1952 |
| | 2023AP1538-CR | 2019CF2427 |

**STATE OF WISCONSIN**

**IN COURT OF APPEALS**
**DISTRICT IV**

---

STATE OF WISCONSIN,

   PLAINTIFF-RESPONDENT,

v.

ANDRE L. JONES,

   DEFENDANT-APPELLANT.

**FILED**

**May 22, 2024**

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Hon. Ellen K. Berz
Circuit Court Judge
Electronic Notice

Jeff Okazaki
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Jeremy Newman
Electronic Notice

Abigail Potts
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to footnote 5 of paragraph 24 in the above-captioned opinion which was released on May 16, 2024. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.